[No. 21936–7–I.  Division One.  June 19, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE VALENCIA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–04068–9, Warren Chan, J., entered January 15, 1988. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Winsor, JJ.

[Nos. 19443–7–I; 19452–6–I.  Division One.  June 19, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM P. SHANNON, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for King County, No. 85–1–04161–1, Frank J. Eberharter, J., entered October 29, 1986. *Affirmed* as to cause 19443–7–I; *affirmed in part, reversed in part,* and *remanded* as to cause 19452–6–I by unpublished opinion per Swanson, J., concurred in by Webster and Forrest, JJ.

[No. 21154–4–I.  Division One.  June 19, 1989.]

NORMA FUSTER, ET AL, *Appellants,* v. THE CITY OF SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–01227–5, Edward Heavey, J., entered September 18, 1987. *Reversed* by unpublished opinion per Coleman, C.J., concurred in by Forrest, J., and Revelle, J. Pro Tem.